IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANISHA JOHNSON<br>*Plaintiff - pro se* | : | CIVIL ACTION |
| | : | |
| | : | NO. 16-1497 |
| v. | : | |
| | : | |
| WELTMAN, WEINBERG & REIS<br>COMPANY, L.P.A.<br>*Defendant* | : | |

# O R D E R

**AND NOW**, this 22nd day of February 2017, upon consideration of the *motion to dismiss* filed by Defendant Weltman, Weinberg & Reis Company, L.P.A. ("Defendant"), [ECF 12], and in light of the repeated failure of Plaintiff Anisha Johnson ("Plaintiff") to comply with this Court's previous Orders, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED**, and Plaintiff's complaint is **DISMISSED** for failure to prosecute. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*